UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 23, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00078-MCE |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| JIM BRIAN SMITH, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JIM BRIAN SMITH__, Case No. __2:07-cr-00078-MCE__ from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): __Released under the same conditions of supervision previously imposed.__

Issued at Sacramento, California on April 23, 2018 at 3:00 pm

By: _____

Magistrate Judge Carolyn K. Delaney