1  McGREGOR W. SCOTT
   United States Attorney
2  QUINN HOCHHALTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:07-CR-00078-MCE

12                       Plaintiff,        AMENDED STIPULATION TO CONTINUE
                                           AND ORDER
13              v.
                                           DATE: Wednesday, May 17, 2018
14  JIM BRIAN SMITH,                       TIME: 10:00 a.m.
                                           COURT: Hon. Morrison C. England, Jr.
15                       Defendant.

16

17

18                              **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21      1.      By previous order, this matter was set for an Admit/Deny hearing on Thursday, May 17,

22  2018.

23      2.      On Thursday, May 10, 2018, the parties filed a stipulation to continue the hearing until

24  Thursday, May 31, 2018. See Docket No. 32.

25  ///

26  ///

27  ///

28  ///

                                          1

1    3.    The United States now amends the previously filed stipulation to continue the hearing

2  until Thursday, June 14, 2018.

3

4    IT IS SO STIPULATED.

5  Dated:  May 13, 2018                                          McGREGOR W. SCOTT
                                                                 United States Attorney
6

7                                                                /s/ QUINN HOCHHALTER
                                                                 QUINN HOCHHALTER
8                                                                Assistant United States Attorney

9

10  Dated:  May 13, 2018                                         */s/ Quinn Hochhalter for Tim Zindel*

11                                                               TIM ZINDEL
                                                                 Assistant Federal Defender
12                                                               Counsel for Defendant
                                                                 JIM BRIAN SMITH
13

14

15

16                                    **ORDER**

17    IT IS SO ORDERED.

18  Dated:  May 15, 2018

19

20                                                               MORRISON C. ENGLAND, JR
                                                                 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28